IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY LEE CHAMBERS, #270 079 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:11-cv-25-ID |
| v. ) | |
| ) | (WO) |
| STATE OF ALABAMA, ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This cause is presently before the Court on Plaintiff's motion for reconsideration of this Court's previous order denying a temporary restraining order. (Doc. #16). After reviewing the Plaintiff's motion, it is ORDERED that the Plaintiff's motion for reconsideration (Doc. #16) be and the same is hereby DENIED.

DONE this the 23rd day of March, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE